957 A.2d 224

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert P. BRYANT, Petitioner.

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## ORDER

PER CURIAM.

AND NOW, this 26th day of August, 2008, the Petition for Permission to Appeal is DENIED.

957 A.2d 224

Doris F. BELL, Petitioner

v.

CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT, Respondent.

Supreme Court of Pennsylvania.

Sept. 10, 2008.

## ORDER

PER CURIAM.

AND NOW, this 10th day of September, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.

Justice GREENSPAN did not participate in the consideration or decision of this matter.